**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEAN CULLETT; E.C., by and through her Guardian Ad Litem, Daniel Dean Cullett,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, by and through the LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; STEVEN VALENZUELA; ANGELICA MEDINA-GONZALEZ; AMY FUJIKAWA; LINDA BOSSENMEYER; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 16-8843-JFW-SK**<br><br>**JOINT PROPOSED JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The motion for summary judgment of defendants Angelica Medina-Gonzalez, Amy Fujikawa, and Linda Bossenmeyer [Docket no. 57] was presented to this Court for decision. After consideration of the evidence, separate statements, and the points and authorities submitted the plaintiffs and defendants, the Court found that there was no genuine issue as to any material fact with respect to all causes of action and that the defendants were entitled to judgment as a matter of law. [Docket no. 75]. The Court dismissed Defendant Steven Valenzuela for Plaintiffs' failure to prosecute. [Docket no. 75, fn. 1]. The Court, having previously dismissed Defendant County of Los Angeles by virtue of Plaintiffs' failure to amend the fifth cause of action [docket no. 75, p. 4], having granted the motion for summary judgment of defendants Angelica Medina-Gonzalez, Amy Fujikawa, and Linda Bossenmeyer, and having dismissed Defendant Steven Valenzuela for Plaintiffs' failure to prosecute,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiffs Daniel Dean Cullett and E.C. shall recover nothing from any of the defendants;

2. Defendants County of Los Angeles, Steven Valenzuela, Angelica Medina-Gonzalez, Amy Fujikawa, and Linda Bossenmeyer shall have judgment in their favor on Plaintiffs Daniel Dean Cullett and E.C.'s entire action; and

3. Defendants County of Los Angeles, Steven Valenzuela, Angelica Medina-Gonzalez, Amy Fujikawa shall be entitled to seek recovery of costs to the extent permitted by law.

DATED: March 5, 2018

_____
Honorable John F. Walter
United States District Judge

1
JOINT PROPOSED JUDGMENT GRANTING
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT